UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

SAVINO DEL BENE U.S.A., INC.,

                Plaintiff,

-against-

GLOBAL PRODUCE TRADE, INC.,

                Defendant.

------------------------------------- x

ORDER

17 Civ. 9348 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court issued a certificate of default in the above-captioned case on May 30, 2018. Plaintiff shall move for entry of default judgment within thirty (30) days of this order. Failure to do so will result in this case being closed.

Dated: April 1, 2021
      New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge