**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

SAVINO DEL BENE U.S.A., INC.,

              Plaintiff,

-against-

GLOBAL PRODUCE TRADE, INC.,

              Defendant.

------------------------------------ x

ORDER

17 Civ. 9348 (GBD)

GEORGE B. DANIELS, United States District Judge:

Pursuant to this Court's Order dated April 1, 2021, the Clerk of the Court is directed to close this case.

Dated: May 17, 2021
      New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge